## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR139 |
| vs. | ) | |
| | ) | ORDER |
| DENNIS E. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

      Before the court is Attorney Julie A. Frank's Motion to Withdraw [49] as counsel for the defendant. On September 22, 2005, Attorney Adam J. Sipple filed an Entry of Appearance of Counsel [48]. For that reason, the Motion to Withdraw [49] will be granted and Ms. Frank will be deemed withdrawn as attorney of record.

      IT IS SO ORDERED.

      DATED this 23rd day of September, 2005.

                                BY THE COURT:

                                s/ F. A. Gossett
                                U.S. Magistrate Judge