IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR139 |
| | ) | |
| vs. | ) | ORDER TO RELEASE |
| | ) | BAIL BOND |
| DENNIS E. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the sentencing hearing held December 7, 2006, and on oral motion of the Plaintiff, the bail bond posted by the Defendant on January 31, 2006, (Filing No. 72), is hereby released.

Dated this 16th day of February, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
UNITED STATES DISTRICT COURT